JS - 6

FILED: 3/14/12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OSKER ANDRADE,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) **CASE NO. CV 11-3409 GHK (PJWx)** ) |
| **UNITED PARCEL SERVICE,** | ) **ORDER OF DISMISSAL** ) |
| **Defendant(s).** | ) ) |

Pursuant to the parties' *Joint Notice of Resolution* filed on February 29, 2012, informing the Court that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **TEN (10) DAYS**, hereof to reopen the action if settlement is not consummated.

Dated:   3/14/12

_____
GEORGE H. KING
United States District Judge